**RECEIVED**

SEP 2 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DAVID ARNOLD TIECHE | DOCKET NO. 6:10-cv-00511 |
| VERSUS | JUDGE DOHERTY |
| UNITED STATES OF AMERICA o/b/o U.S. DRUG ENFORCEMENT ADMINISTRATION | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that defendant United States of America's motion to dismiss (Rec. Doc. 6) is GRANTED, and this action is DISMISSED for lack of subject-matter jurisdiction.

Lafayette, Louisiana, this 22 day of September, 2010.

Rebecca F. Doherty
United States District Judge